# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **CHRISTIAN WILLIS,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | Civil Action No. 7:05-cv-59 (HL) |
| : | |
| **GEORGIA DEPARTMENT OF** : | |
| **JUVENILE JUSTICE, et al.,** : | |
| : | |
| Defendants. : | |

## ORDER

On June 14, 2005, Plaintiff Christian Willis ("Willis") filed a complaint in the above action. Per Federal Rule of Civil Procedure 4(m), Willis had 120 days, or until October 12, 2005, to serve the Complaint upon all six defendants or face a sua sponte motion to dismiss. To date, 310 days have passed, and two defendants – the Lowndes County Juvenile Services and Pansy Long – have not been served. As such, the Court gives Willis notice that she has ten (10) days, from the entry of this order on the docket, to show good cause for her failure to serve the two Defendants or the Court shall dismiss the action without prejudice as to those Defendants.

SO ORDERED, this the 20th day of April, 2006.

s/   Hugh Lawson
**HUGH LAWSON, JUDGE**

1

pdl