# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **CHRISTIAN WILLIS,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 7:05-cv-59 (HL) |
| : | |
| **GEORGIA DEPARTMENT OF** : | |
| **JUVENILE JUSTICE, et al.,** : | |
| : | |
| Defendants. : | |

_____

## **ORDER**

On April 20, 2006, the Court filed a Show Cause order (Doc. # 16), giving Plaintiff Christian Willis ("Willis") ten (10) days, from the entry of the order on the docket, to show good cause for her failure to serve two Defendants – the Lowndes County Juvenile Services and Pansy Long – or the Court would dismiss the action without prejudice as to those Defendants. On April 28, 2006, Willis filed a timely response (Doc. # 17) to the Court's order. In her response, Willis contends that she timely served the Lowndes County Juvenile Services by serving Richard Knight of that organization, but that she has been unable to locate Pansy Long to serve her. Accordingly, per Federal Rule of Civil Procedure 4(m), Pansy Long shall be and is hereby dismissed from the action without prejudice. The Lowndes County Juvenile Services shall not be dismissed at this time.[1]

---

[1] On one hand, the Court is uncertain exactly who "Richard Knight" is, in what capacity he was served on behalf the Lowndes County Juvenile Services, or whether this service was valid. On the

The Court directs the remaining parties' attention to the Rules 16 and 26 Order filed as of the date of this order.

SO ORDERED, this the 4th day of May, 2006.

s/    Hugh Lawson
**HUGH LAWSON, JUDGE**

pdl

---

other hand, the Court notes that the Lowndes County Juvenile Services has not filed an answer to Willis' complaint, nor has any attorney entered an appearance on this defendant's behalf yet. Nevertheless, the Court shall not address these potential problems at this point, but trusts whatever relevant motions, if any, can and will be made by appropriate parties at a later date.